JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MGA ENTERTAINMENT, INC., ) | CASE NO. CV 11-01063 DOC (RNBx) |
| Plaintiff, ) | **JUDGMENT** |
| vs. ) | Hon. David O. Carter |
| MATTEL, INC. and ROBERT A. ECKERT, ) | Courtroom 9D |
| Defendants. ) | |

Pursuant to the Court's February 21, 2012 Order Granting Defendants' Motion to Dismiss with Prejudice (Dkt. 43),

**IT IS HEREBY ORDERED** that judgment be entered dismissing the above-captioned action against all Defendants with prejudice.

Date: March 7, 2012          By: _/s/ David O. Carter_
                                            Hon. David O. Carter
                                            United States District Judge

49739

1